## PORTSMOUTH TOWNSHIP v. BAY CITY.

*Mandamus—Payment of town debt.*

Mandamus to compel one municipality to pay an indebtedness to another as agreed upon by representatives of both, was denied where the proceedings to determine the debt did not clearly appear to be those prescribed by statute.

Mandamus.    Submitted June 16.    Denied June 17.

By Act 225 of 1873 a part of the township of Portsmouth was "annexed" to Bay City. In 1883 the town board took action, under Act 38 of that year, to settle questions of indebtedness growing out of the annexation, and in pursuance of the requirements of that Act the supervisor notified the mayor of Bay City to meet the township board, and the mayor appointed certain aldermen to act with the board as a joint committee to settle the matters in difference. This committee did not apportion the property and indebtedness of the township as the statute directs, but merely agreed that the city should pay the township $7000. The council having hitherto neglected to order this payment, mandamus is sought to compel them to.

*Hatch & Cooley* for relator.

City Attorney *A. P. Lyon* for respondent.

PER CURIAM.    The Court is not satisfied that the action on which this application is based can be held to be action taken and concluded under the statute, but think before the courts can interfere there must be new action. Act 38 of 1883.